UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDOLFO RODRIGUEZ,

                Petitioner,

    -against-

NEW YORK,

                Respondent.

25-cv-0350 (LTS)

CIVIL JUDGMENT

      For the reasons stated in the March 24, 2025, order, the petition is dismissed without prejudice

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   March 27, 2025
            New York, New York

                                            /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                            Chief United States District Judge